In the Matter of the Accounting of MARGARET N. TAYLOR et al., as Executors of WILLIAM J. TAYLOR, Deceased, Appellants.

THERON H. SAMMIS, as Special Guardian of CATHE-RINE M. TAYLOR, Appellant; W. RUSSELL OSBORN, Respondent.

(Argued June 2, 1932; decided June 21, 1932.)

*George A. Spiegelberg* and *Harry W. Mack* for Margaret N. Taylor et al., appellants

*Theron H. Sammis,* as special guardian for Catherine M. Taylor, appellant.

*W. Russell Osborn, William Beers Crowell* and *C. Murray Kavanagh* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.